585 A.2d 379

WILLIAM G. DOSS v. NEW JERSEY STATE PAROLE BOARD.

September 18, 1990.

Petition for certification denied.

585 A.2d 379

RICHARD ROBERTS v. CNA INSURANCE COMPANY.

September 18, 1990.

Petition for certification denied.

585 A.2d 379

BERTA STAROBINSKY v. DR. WILLIAM A. ALLGAIR
AND JOHN DOE DOCTORS.

September 18, 1990.

Petition for certification denied.

585 A.2d 379

ELIZABETH RODILOSSO v. SPENCER, WHITE & PRENTIS.

September 18, 1990.

Petition for certification denied.